**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARRYL BOARD**, | : | |
| | : | |
| **Petitioner** | : | **CIVIL NO. 1:CV-06-1512** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TROY WILLIAMSON**, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 24th day of August, 2006, upon consideration of petitioner's

request (Doc. 7) to amend his petition for writ of habeas corpus filed pursuant to

28 U.S.C. § 2241, it is hereby ORDERED that petitioner's request (Doc. 7) is

GRANTED.  The court hereby acknowledges that petitioner's challenge before the

court is to his sentence and not to his conviction (see Doc. 1), and notes that no

further action is necessary by petitioner.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge