IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL BOARD,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-06-1512 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TROY WILLIAMSON,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

AND NOW, this 13th day of July, 2007, upon consideration of petitioner's motion for reconsideration (Doc. 26), and for the reasons previously set forth in the court's memorandum and order (Doc. 25) denying petitioner's motion to amend/correct the court's memorandum and order (Doc. 21) dismissing the petition for writ of habeas corpus, it is hereby ORDERED that the motion for reconsideration (Doc. 26) is DENIED.[1]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] In response to petitioner's request for an appeal to the Court of Appeals for the Third Circuit (see Doc. 26), the court reminds petitioner that he need not request from this court permission to file an appeal to the Third Circuit from a denial of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. See 28 U.S.C. § 2253(a) ("In a habeas corpus proceeding . . . before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceedings is held."). See also FED. R. APP. P. 22(a) ("An application for a writ of habeas corpus must be made to the appropriate district court. . . . If a district court denies an application made . . . , renewal of the application before a circuit judge is not permitted. The applicant may, under 28 U.S.C. § 2253, appeal to the court of appeals from the district court's order denying the application.")